**Dismissed and Memorandum Opinion filed July 12, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00344-CV

---

### CHARITY ANN-MARIE ABAD, Appellant

### V.

### JUAN ANTONIO ABAD, Appellee

---

**On Appeal from the 247th District Court
Harris County, Texas
Trial Court Cause No. 2011-65652**

---

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed March 18, 2012. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record. On April 9, 2012, appellant filed a pauper's oath affidavit, which was denied on April 18, 2012. Appellant has not challenged the denial of the pauper's oath affidavit.

On June 6, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or

made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, McCally, and Busby.